NUMBER 13-07-00374-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

WILLIAM A. LONG, SR., Appellant,


v.



JOHN CARROLL BOUDREAUX, Appellee.

_____________________________________________________________


On appeal from the 130th District Court of Matagorda County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellant, William A. Long, Sr., pro se, appealed a judgment rendered against him
in cause number 05-E-0499-C in the 130th District Court of Matagorda County, Texas. On
December 18, 2007, the Clerk of this Court notified appellant that the clerk's record in the
above cause was originally due on August 15, 2007, and that the District Clerk of
Matagorda County, Becky Denn, had notified this Court that appellant failed to make
arrangements for payment of the clerk's record. The Clerk of this Court notified appellant
of this defect so that steps could be taken to correct the defect, if it could be done. See
Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not
corrected within ten days from the date of receipt of this notice, the appeal would be
dismissed for want of prosecution. Appellant failed to respond to the Court's notice. 

 The Court, having considered the documents on file and appellant's failure to
respond, is of the opinion that the appeal should be dismissed. See id. 37.3, 42.3(b),(c). 
Accordingly, the appeal is DISMISSED for want of prosecution. Pending motions are
DISMISSED AS MOOT. 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 10th day of April, 2008.